**Lisa M. Umscheid,** OSB No. 925718
lumscheid@bjllp.com
**Yael A. Livny,** OSB No. 103183
BALL JANIK LLP
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone: (503) 228-2525
Facsimile: (503) 226-3910

FILED14 SEP '11 15:43USDC-ORP

    Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| ROBERT E. WALCHLI, RACHELLE J. WALCHLI,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNITY BANK, an Oregon corporation, et al.<br><br>    Defendants. | Case No. CV 09-359-AC<br><br>**SUPPLEMENTAL JUDGMENT** |

    Based on defendant Community Bank's ("Defendant") Unopposed Motion For Supplemental Judgment and upon (1) the mandate entered on June 6, 2011 by the Ninth Circuit Court of Appeals in Case No. 10-35560, and entered in this Court on June 8, 2011 in Case No. CV 09-359-AC, awarding costs to Defendant in the amount of $53.60 ("Mandate"); and (2) the order entered on July 11, 2011 by the Ninth Circuit Court of Appeals amending the Mandate and awarding attorneys' fees to Defendant in the amount of $30,279.50, it is hereby

Page 1 – **SUPPLEMENTAL JUDGMENT**          ::ODMA\PCDOCS\PORTLAND\790163\1

ORDERED, ADJUDGED AND DECREED that:

Defendant Community Bank has and recovers judgment against the plaintiffs, Robert E. Walchli and Rachelle J. Walchli, for attorneys' fees in the principal sum of $30,279.50 and for costs in the sum of $53.60, together with interest at the statutory rate under 28 U.S.C. §1961 following entry of the judgment.

DATED this 12th day of September, 2011.

_____
Judge Michael W. Mosman
United States District Judge

Submitted By:

BALL JANIK LLP

By: _____
Lisa M. Umscheid, OSB No. 925718
lumscheid@balljanik.com (email)
Yael A. Livny, OSB No. 103183
ylivny@balljanik.com
101 SW Main Street, Suite 1100
Portland, OR 97204
503.228.2525 (phone)
503.295.1058 (fax)
Attorneys for Defendants

Page 2 – **SUPPLEMENTAL JUDGMENT**   ::ODMA\PCDOCS\PORTLAND\790163\1

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219

Exhibit 3, Page 2 of 2